# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § | NO: SA:14-CR-00916(5)-FB |
| (5) Pedro Sanchez | § § § | |

## ORDER RESETTING SENTENCING

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for *November 4, 2025* . Upon consideration, the Court is of the opinion that the Motion be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing *(doc. no. 1320* ) is **GRANTED.**

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **Tuesday, January 20, 2026 at 9:00 a.m.** in Courtroom G on the Third Floor of the United States District Courthouse, 262 West Nueva Street, San Antonio, TX.

Signed this 14th day of October, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE